UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

_____
                              )
In re:                        )
                              )     Chapter 11
DIOMED, INC., *et al.*,       )
                              )     Case No. 08-40749 (JBR)
         Debtors.             )     (Substantively Consolidated)
_____)

**NOTICE OF OCCURRENCE OF EFFECTIVE DATE OF
CHAPTER 11 PLAN OF REORGANIZATION AND OF BAR DATES
FOR ADMINISTRATIVE EXPENSE AND REJECTION DAMAGES CLAIMS**

**PLEASE TAKE NOTICE** that the Effective Date of the Debtors' Joint Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code, dated September 15, 2008 (the "Plan"), as thereafter modified, for the above-mentioned chapter 11 cases occurred on the date hereof. Pursuant to the Plan, on the Effective Date, the Diomed Liquidating Trust is established and Craig Jalbert is appointed Liquidating Trustee.

**PLEASE TAKE FURTHER NOTICE** that the Court has scheduled the following bar dates for filing certain claims, as more fully set forth in the order confirming the Plan (the "Confirmation Order") [Docket No. 524]:[1]

(i)    Any Claim arising from the rejection of an executory contract pursuant to Section 9.3 of the Plan (a "Rejection Claim") shall be filed with the Bankruptcy Court and served upon the Notice Parties referenced below so as to be received on or before **January 16, 2009**;

(ii)    Any Administrative Expense Claim (not including Professional Fee Claims, United States Trustee fees, or the expenses of members of the Committee) incurred on or after March 14, 2008 through the Effective Date shall be filed with the Bankruptcy Court and served

---

[1] To the extent that there is any inconsistency between this Notice and the Confirmation Order, the terms of the Confirmation Order shall govern. Any capitalized term used herein and not otherwise defined shall have the meaning ascribed to it in the Plan.

1

upon the Notice Parties referenced below so as to be received on or before **January 16, 2009**; and

(iii) All parties asserting Professional Fee Claims for services rendered or reimbursement of expenses incurred on or after March 14, 2008 through the Effective Date shall be filed with the Bankruptcy Court and served upon the Notice Parties referenced below so as to be received on or before **January 16, 2009**.

To the extent that any such Rejection Claims, Administrative Expense Claims or Professional Fee Claims are not filed on or before the applicable deadlines, such Claims shall be disallowed in their entirety, forever barred and considered null and void.

The Notice Parties are:

| | |
|---|---|
| MCGUIREWOODS LLP<br>Attn: Mark E. Freedlander, Esq.<br>625 Liberty Avenue, 23rd Floor<br>Pittsburgh, PA 15222<br>Telephone: (412) 667-6000<br>Fax: (412) 667-6050 | GOULSTON & STORRS, P.C.<br>Attn: Douglas B. Rosner, Esq.<br>400 Atlantic Avenue<br>Boston, MA 02110<br>Telephone: (617) 482-1776<br>Fax: (617) 574-4112 |
| CHOATE HALL & STEWARD LLP<br>Attn: Douglas R. Gooding, Esq.<br>Two International Place<br>Boston, MA 02110<br>Telephone: (617) 248-5000<br>Fax: (617) 248-4000 | VERDOLINO & LOWEY, P.C.<br>Attn: Craig Jalbert, as Liquidating Trustee<br>Pine Brooke Office Park<br>125 Washington Street<br>Foxborough, MA 02035 |

Dated:     December 24, 2008

/s/ Vanessa V. Peck
Douglas B. Rosner, Esq. (BBO # 559963)
Vanessa V. Peck, Esq. (BBO # 664439)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110
Telephone: (617) 482-1776
Fax: (617) 574-4112

*Counsel to the Liquidating Trustee of the Diomed Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

|  |  |
|---|---|
| In re | Chapter 11 |
| DIOMED, INC., *et al.*, | Case No. 08-40749 (JBR) |
|  | (Substantively Consolidated) |
| Debtors. |  |

**CERTIFICATE OF SERVICE**

I, Vanessa V. Peck, hereby certify that on this 24th day of December, 2008, I caused to be served a copy of the ***Notice of Occurrence of Effective Date of Chapter 11 Plan of Reorganization and of Bar Dates for Administrative Expense and Rejection Damages*** on the parties set forth on the attached Service List via first-class mail, postage prepaid, as indicated.

/s/ Vanessa V. Peck
Vanessa V. Peck, Esq.
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333
Tel: (617) 482-1776
Fax: (617) 574-4112

ADP
P.O. Box 9001006
Louisville, KY  40290

ADP Screening & Selection Svcs
36307 Treasury Center
Chicago, IL  60694

ACOM Healthcare
25 Recreation Park Drive
Suite 201
Hingham, MA  02043

AFCO Premium Credit LLC
260 Franklin St., Suite 310
Boston, MA  02110

Amy M. Collette
6 Campus Road
Methune, MA  01844

Anthony Sutton
122 Hidden Oak Drive
Mars, PA  16046

Addison on the Park
113 Thoreau Way
Lawrence, MA  01843

Anne-Louise Lord
17 Birch Lane
Pelham, NH  03076

Axis Capital Inc.
308 North Locust Street
Grand Island, NE  68801

ADT Security Systems, Inc.
PO Box 371967
Pittsburgh, PA  15250

ALG Admiral Inc.
1101 Ellis
Bensenville, IL  60106

Allomet Partners, Ltd
510 East 23rd Street
Suite 5G
New York, NY  10010

American College of Phlebology
100 Webster Street, Suite 101
Oakland, CA  94607

American Express
P.O. Box 2855
New York, NY 10116

Ande Burrow
3043 Bridlewood Lane
Irving, TX  75060

Andrew Delaurenzo
38 Island Trail
Mt. Sinai, NY  11766

Angiotech
Mana Medical Prod Inc.
241 W Palatine Rd.
Wheeling, IL  60090

Archstone Law Group
245 Winter St.
Suite 400
Waltham, MA  02451

Argon Medical
P.O. Box 840430
Attn: Crystal Collier
Dallas, TX  75284

BDO Siedman, LLP
PO Box 642743
Pittsburgh, PA  15264

Black Tie Limousine, Inc.
65 Avco Road
Haverhill, MA  01835

Blanchard Overland Exp Inc.
100 Messina Dr.
Unit E
Braintree, MA  02184

Bryn Mawr Communications LLC
1008 Upper Gulph Road
Suite 200
Wayne, PA  19087

Bufete Martinez Sverdrup
Rio Lerma #293
Mexico, 06500

Business Wire
P.O. Box 45348
San Francisco, CA  94145

Bankruptcy Administration
IKON Financial Services
1738 Bass Road
PO Box 13708
Macon, GA  31208-3708

Business Wire, Inc.
44 Montgomery Street, 39th Fl.
San Francisco, CA  94104

Bay State Gas Co.
P.O. Box 9001843
Louisville, KY  40290

Brent Allen
Suburban Surgical Assoc.
3020 Ballas Road, Suite 600 D
Saint Louis, MO  63131

BSN-JOBST, Inc.
5825 Carnegie Boulevard
Charlotte, NC  28209

Brenda D. Gaudet
1 Acadia Kimball Road
Amesbury, MA  01913

Brookstonefive, Inc.
4263 Forest Ridge Drive
Richfield, OH  44286

Catherine Morris
18040 West Montebello Avenue
Litchfield Park, AZ  85340

Catalyst On-Line Inc.
320 Nevada St.
5th Floor
Newton, MA  02460

CIT Technology Fin Svc Inc.
Po Box 550599
Jacksonville, FL  32255

Coblentz, Patch, Duffy & Bass LLP
One Ferry Building
Suite 200
San Francisco, CA  94111

Continental Stock Transfer
17 Battery Place
Floor 8
Attn: Accounts Receivable
New York, NY  10004

Converse Premium Services, LLC
6565 Superior Avenue
Sarasota, FL  34231

Criterion Companies
3189 Jeanette Avenue
Park City, IL  60085

Catherine A. Morris
18040 West Montebello Avenue
Litchfield, AZ  85340

Christopher J. Estes
19270 Babler Forest
Chesterfield, MO  63005

Cary Paulette
2613 Sir Turquin Lane
Lewisville, TX  75056

Christopher J. Geberth
3 Sage Road
Georgetown, MA  01833

Cranshire Capital, L.P.
Attn: Mitchell Kopin
3100 Dundee Rd., Suite 703
Northbrook, IL  60062

Craig A. Riley
11D Forest Acres Drive
Bradford, MA  01835

Carrie E. Kirby
10 Summer Street
North Andover, MA  01845

Carl Black, MD
Intermountain Vein Center
1034 North 500 West
Provo, UT  84604

David M. Vanderpool MD
5409 Maryland Way
Suite 119
Brentwood, TN  37027

Dr. Diego Jaramillo
KRA 7 #89 – 50 APTO 301
Bogota, Columbia

Douglas R. Gooding
Choate, Hall & Stewart
Two International Place
Boston, MA  02110

Daniel B. Stempel
72 Fairbanks Avenue
Wellesley Hills, MA  02481

Diomed Holdings, Inc.
One Dundee Park
Andover, MA  01810

Dr. Carlos Fernandez
Policlinica Metropolitana S-2
Calle A-1
Urb. Caurimarecaracas
Venezuala

Dr. Moises Roizental
Policlinica Metropolitana S-2
Calle A-1
Urb. Caurimarecaracas
Venezuala

| | | |
|---|---|---|
| Dell Commercial Credit<br>PO Box 689020<br>Des Moines, IA  50368 | DS Graphics, Inc.<br>120 Stedman Street<br>Lowell, MA  01851 | Duke University Medical Center<br>Box 104135<br>Office Of Sponsored Prog.<br>Durham, NC  27707 |
| Donna Larney<br>9 Washington Drive<br>Raymond, NH  03077 | David B. Swank<br>4263 Forest Ridge Drive<br>Richfield, OH  44286 | Diomed, Inc.<br>One Dundee Park<br>Andover, MA  01810 |
| Dr. Robert Min<br>29 Witherbee Avenue<br>Pelham, NY  10803 | Dr. Steven E. Zimmet<br>1500 W. 34th Street<br>Austin, TX  78703 | Dundee Office Park, LLC<br>c/o Ozzy Properties, Inc.<br>Three Dundee Park<br>Andover, MA  01810 |
| Eddy H. Luh, MD<br>501 South Rancho<br>Suite F38<br>Las Vegas, NV  89106 | Edwin Snape<br>73 Clubhouse Drive<br>Hingham, MA  02043 | Eimicke<br>PO Box 3463<br>Mankato, MN  56002 |
| Endolaser Associates<br>Luis Navarro, MD<br>327 East 65th Street<br>New York, NY  10021 | Endovenous Laser Associates<br>Robert Min, MD<br>29 Witherbee Avenue<br>Pelham, NY  10803 | Essco Calibration Laboratory<br>27 Industrial Avenue<br>Essco Calibration - Service<br>Chelmsford, MA  01824 |
| Estara Inc.<br>1821 Michael Faraday Drive<br>Suite 100<br>Reston, VA  20190 | Export Certificate Program<br>PO Box 70953<br>Charlotte, NC  28272 | Federal Express Corp.<br>P.O. Box 1140<br>Memphis, TN  38101 |
| Galt Medical Corp.<br>2220 Merritt Drive<br>Attn: Jim Eddings<br>Garland, TX  75041 | Garfield Group Interactive, Inc.<br>1029 Chestnut Street<br>Newton Upper Falls, MA  02464 | Geoffrey H. Jenkins<br>15 Glenbrook Road<br>Wellesley Hills, MA  02481 |
| George I. Roumeliotis<br>Hendel & Collins, P.C.<br>101 State Street<br>Springfield, MA  01103 | Gary Cunningham, MD<br>6901 S. Yorktown Avenue<br>Tulsa, OK  78136 | Guillermo Rijos Arjona<br>Calle 25N-241<br>Fracc. Miguel Aleman<br>Merida-Yucatan 97128<br>Mexico |
| Headsets.Com<br>One Daniel Burnham Court<br>#400C<br>San Francisco, CA  94109 | HRI<br>Attn: Michael Delellis<br>666 Elm St.<br>Buffalo, NY  14263 | Headsets.Com<br>Smith-Rubin & Associates<br>8018 Hwy 23 North, Ste 215<br>Belle Chasse, LA  70037 |

Helene F. Gwizdak
80 Wingate Street, Apt. 4A
Haverhill, MA  01832

Hercules Technology Growth Capital, Inc. - Legal Department
Attn: CLO And R. Bryan Jadot
400 Hamilton Avenue, Suite 310
Palo Alto, CA  94301

Iroquois Capital LP
Attn: Joshua Silverman
641 Lexington Avenue, 26th Floor
New York, NY  10022

IKON Financial Services
PO Box 41564
Philadelphia, PA  19101

Intermountain Vein Center
1034 North 500 West
Provo, UT  84604

Iroquois Capital LP
Attn: Mitchell Kulick
641 Lexington Avenue, 26th Floor
New York, NY  10022

IKON Financial Services
Bankruptcy Administration
1783 Bass Road
PO Box 13708
Macon, GA  31208-3708

Jared R. Clark
Bingham McCutchen LLP
399 Park Avenue
New York, NY  10022

Joseph B. Collins, Esq.
Hendel & Collins, P.C.
101 State Street
Springfield, MA  01103

John J. Welch
48 Lakeshore Drive
Wayland, MA  01778

J Harris, LLC
209 Edenton Place
Villanova, PA  19085

James A. Wylie
10 Comstock Court
Ridgefield, CT  06877

Jefferies & Company, Inc.
Bay Colony Corporate Center
1050 Winter Street, Suite 2400
Waltham, MA  02451

John Welch
48 Lakeshore Drive
Wayland, MA  01778

Julie Finn
193 Forster Street
North Andover, MA  01845

Joseph B. Collins, Esq.
Hendel & Collins, P.C.
101 State Street
Springfield, MA  01103

Kelly J. Lord
66 Alexander Drive
Manchester, NH  03109

Key Equipment Finance, Inc.
1000 South Mccaslin Boulevard
Superior, CO  80027

Kinko's Inc.
Customer Admin Services
P.O. Box 672085
Dallas, TX  75267

Knighton Clinic for Reparative Medicine
2460 Highway 100 South
St Louis Park, MN  55416

Luis Navarro
327 East 65th Street
New York, NY  10021

Lisa E. Herrington
Choate, Hall & Stewart
Two International Place
Boston, MA  02110

Lord & Benoit LLC
1 West Boylston St.
Worcester, MA  01605

Linda J. Monsen
16 Heritage Road
Billerica, MA  01821

Louisiana Department of Revenue
PO Box 66658
Baton Rouge, LA  70896

Lanam Club, Inc.
PO Box 8
Andover, MA  01810

Laser Peripherals LLC
1000 Boone Ave N
Suite 100
Golden Valley, MN  55427

4

Luminetx Corporation
1256 Union Avenue
3rd Floor
Memphis, TN  38104

Mark Montgomery MD
Scott and White Clinic
Department of Radiology
2401 South 31st Street, 2nd Floor
Temple, TX  76508

Macmahon Group Holdings, LLS
PO Box 66783
Falmouth, ME  04105

Medical Device Resource Corp.
23392 Connecticut St.
Hayward, CA  94545

Medleads
2530 Vista Way
Box F77
Oceanside, CA  92054

Mettel
PO Box 6463
Providence, RI  02940

Midwest Vein Center
Midwest Vascular Center
2001 Butterfield Road
Suite 100
Downers Grove, IL  60515

Minuteman Press of Andover
79 North Main Street
Andover, MA  01810

Morgan Memorial Goodwill Industries
1010 Harrison Avenue
Boston, MA  02119

Med One Capital, Inc.
P.O. Box 271128
Salt Lake City, UT  84127

Maria Diaz
10820 SW 125th Street
Miami, FL  33176

Medicus Vein Care
600 Heritage Drive
Suite 105
Jupiter, FL  33458

Michael P. Krusch, MD
Carolina Vein Specialist, PA
1130 New Garden Road
Greensboro, NC  27410

Michael J. Roberts
15 Back River Road, Apt. 5
Dover, NH  03820

National Grid
Processing Center
Woburn, MA  01807

New Horizon Communications
P.O. Box 845194
Boston, MA  02284

Noir Laser Company, LLC
6155 Pontiac Trail
PO Box 159
South Lyon, MI  48178

OH2 Medical Spa
3400 C. Old Milton Parkway
Suite 365
Alpharetta, GA  30005

Oscar Bottini
Estetica Buenos Aires/Buenos Aires Norte
Pueyrredon Ave. 1061
8th Fl. Apt. B (1118) Caba
Buenos Aires, Argentina

Pacific Endovascular
Clayton Yamada, MD
1380 Lusitana Street, Suite 512
Honolulu, HI  96813

Peter Klein
488 Mountfort Road
N. Yarmouth, ME  04097

Pioneer Optics Company
35 Griffin Road South
Bloomfield, CT  06002

Professional Contract Sterilization Inc.
Myles Standish Industrial Park
40 Myles Standish Blvd.
Taunton, MA  02780

Professional Sterile Concepts Inc.
PO Box 102460
Atlanta, GA  30368

Philip G. Hughes
252 41st Avenue
St. Pete Beach, FL  33706

Paul Grafham (c/o Diomed, Ltd.)
Beach Drive, Building 2000
Cambridge Research Park
Waterbeach Cambridge Cb25 9TE
United Kingdom

Phil Hughes
252 41st Avenue
Saint Petersburg, FL  33706

5

Poland Springs
P.O. Box 856192
Louisville, KY  40285

Pottstown Memorial Medical Center
1600 East High Street
Pottstown, PA  19464

Premier Medical Imaging
7651 Staggers Lop
Delaware, OH  43015

Portside Growth and Opportunity Fund
c/o Ramius Capital Group LLC
Attn: Jeff Smith
Attn: Owen S. Littman
666 Third Avenue, 26th Floor
New York, NY  10017

QLT, Inc.
887 Great Northern Way
Vancouver, British Columbia  V5T4T5

Ross Milner, MD
1364 Clifton Road NE
Atlanta, GA  30322

Russell R. Berryman
58 Marlboro Street #2
Belmont, MA  02478

Rockmore Investment Master Fund Ltd.
c/o Rockmore Capital LLC
Attn: Michael Clateman
150 E. 58th Street, 28th Floor
New York, NY  10155

Richard King
Office Of US Trustee
446 Main Street
14th Floor
Worcester, MA  01608

Ronald W. Crouch
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA  15222

Sigmacon Health Products Corporation
436 Limestone Crescent
North York, Ontario
Canada M3J2S4

Stradis Healthcare
d/b/a Professional Sterile Concepts
c/o Bret T. Buhler, President
805 Maraton Parkway
Lawrenceville, GA  30045

Subordinated Secured Creditors
Greenberg Traurig, LLP
77 W. Wacker Dr., Ste. 2500
Chicago, IL  60641

Surin Mitruka MD and Joseph Wilson
Advanced Vein Therapeutics
39000 Bob Hope Drive, Kiewit – 108
Rancho Mirage, CA  92270

Samuel D. Wade
12 Grasshopper Lane
Acton, MA  01720

Stacy L. Williams
44 Village Woods Road
Haverhill, MA  01832

Scott R. Schoonover
26203 N. 50th Drive
Glendale, AZ  85310

Sandra Harris
412 N. Bush Avenue
Fresno, CA  93727

Sidney Braginski
6 Stoneywell Court
Dix Hills, NY  11746

SIR
3975 Fair Ridge Dr.
Suite 400 North
Fairfax, VA  22033

SK&A Information Services, Inc.
2601 Main Street
Suite 650
Irvine, CA  92614

Solomon, Cohen MD
No. 2608 Piso 9 Col. Lomas Altas
Mexico, 11950

Southwest Skin And Cancer Institute
Robin Fleck
242 Whipple Street, Suite 1
Prescott, AZ  86301

Staples Business Advantage
Dept Bos 85101
PO Box 30851
Hartford, CT  06150

Stefan Klein
36 Oxford Avenue #2
Haverhill, MA  01835

Scott Schoonover
26203 N. 50th Drive
Glendale, AZ  85310

Stacy Williams
44 Village Woods Road
One Dundee Park
Haverhill, MA  01832

| | | |
|---|---|---|
| Steve Elias, M.D.<br>c/o Englewood Hospital<br>350 Engle Street<br>Englewood, NJ  07631 | SVS<br>PO Box 485<br>La Grange, IL  60525 | SVB Asset Management<br>185 Berry Street, Suite 3000<br>San Francisco, CA  94107 |
| The Terminix International Company<br>860 Ridge Lake Boulevard<br>Memphis, TN  38120 | Tips & Trips Agencia DeViajes<br>Calz. Del Valle Ote. No,<br>400 Local 75<br>Col Del Valle, Garza Garcia, N.L.<br>C.P. 66220 Mexico | Tana Whitehead<br>11175 W. Mckinley St.<br>Avondale, AZ  85323 |
| Terminix<br>PO Box 742592<br>Cincinnati, OH  45274 | Thomson Financial Corporate Group<br>PO Box 5136<br>Carol Stream, IL  60197 | Trinet Systems, Inc.<br>P.O. Box 56346<br>Atlanta, GA  30343 |
| Trustees of Columbia University<br>Dept. of Vascular Surgery<br>K. Craig Kent, MD, FACS<br>161 Fort Washington Avenue<br>Suite 647<br>New York, NY  10032 | U.S. Bank, N.A.<br>Institutional Trust and Custody Services<br>P.O. Box 1118<br>Mail Location CN-WN-06TC<br>Cincinnati, OH  45201 | United Parcel Service<br>P.O. Box 505820<br>The Lakes, NV  88905 |
| UPS Supply Chain Solutions, Inc.<br>28013 Network Place<br>Chicago, IL  60673 | VNUS Medical Technologies, Inc.<br>5799 Fontanoso Way<br>San Jose, CA  95138 | Verizon<br>P.O. Box 1<br>Worcester, MA  01654 |
| Varicose Vein Surgeons<br>1510 South Central Ave.<br>Glendale, CA  91204 | Vascular Disease Foundation<br>1075 S. Yukon St.<br>Suite 320<br>Lakewood, CO  80226 | Verizon Conferencing<br>PO Box 70129<br>Chicago, IL  60673 |
| Vintage Filings LLC<br>150 West 46th Street<br>6th Floor<br>New York, NY  10036 | Wolf, Greenfield, & Sacks Pc<br>600 Atlantic Avenue<br>Attn: Accounting<br>Boston, MA  02210 | William D. Allan (c/o Diomed, Ltd.)<br>Beach Drive, Building 2000<br>Cambridge Research Park<br>Waterbeach Cambridge Cb25 9te<br>United Kingdom |
| W B Mason<br>PO Box 111<br>Brockton, MA  02303 | Worcester<br>U. S. Bankruptcy Court<br>595 Main Street<br>Worcester, MA  01608 | Walter Wilson<br>2412 Los Altos<br>Clovis, CA  93611 |
| Wintec Group Inc.<br>21 West 86th Street<br>Suite 212<br>New York, NY  10024 | Diomed, Limited<br>Beach Drive, Building 2000<br>Cambridge Research Park<br>Waterbeach Cambridge Cb25 9te<br>United Kingdom | Timothy Graulich<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY  10017 |

7

GSDOCS\1883630

| | | |
|---|---|---|
| Sandra J. Vrejan<br>Bingham McCutchen LLP<br>150 Federal Street<br>Boston, MA  02210 | A. Craig Brown<br>Doherty, Wallace, Pillsbury and Murphy<br>One Monarch Place, Suite 1900<br>Springfield, MA  01144 | Suong Nguyen<br>Davis Polk & Wardwell<br>1600 El Camino Real<br>Menlo Park, CA  94025 |
| Rupert Connell<br>Edward Marriott<br>Fladgate LLP<br>25 North Row<br>London W1K6DJ | Heather Redmond<br>Dorsey & Whitney LLP<br>50 South Sixth Street<br>Minneapolis, MN  55402-1498 | State of Georgia<br>Department of Revenue<br>PO Box 105296<br>Atlanta, GA  30348 |
| Douglas R. Gooding<br>Lisa E. Herrington<br>Choate Hall & Stewart LLP<br>Two International Place<br>Boston, MA  02110 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA  19114 | Phoebe Morse<br>Richard T. King<br>Office of the United States Trustee<br>446 Main Street, 14th Floor<br>Worcester, MA  01608 |
| Washington State<br>Department of Revenue<br>PO Box 34052<br>Seattle, WA  98124 | State of Michigan<br>Michigan Department of Treasury<br>Department 77003<br>Detroit, MI  48277 | Louisiana Department of Revenue<br>Taxpayer Services Division<br>Sales Tax Section<br>PO Box 3138<br>Baton Rouge, LA  70821 |
| North Carolina Department of Revenue<br>PO Box 25000<br>Raleigh, NC  27640 | Minnesota Department of Revenue<br>Mail Station 6330<br>St. Paul, MN  55146 | Diomed, Inc.<br>Attn: James A. Wylie<br>One Dundee Park<br>PO Box 97<br>Andover, MA  01810 |
| Massachusetts Department of Revenue<br>Bankruptcy Unit<br>PO Box 9564<br>Boston, MA  02205 | Joseph B. Collins<br>George I. Roumeliotis<br>Hendel & Collins, P.C.<br>101 State Street<br>Springfield, MA  01103 | Douglas B. Rosner<br>Vanessa V. Peck<br>Steven J. Snyder<br>Goulston & Storrs, P.C.<br>400 Atlantic Avenue<br>Boston, MA  02110-3333 |
| David W. Baddley<br>Greenberg Traurig<br>77 West Wacker Drive<br>Suite 2500<br>Chicago, IL  60601 | Stephen A. Donato<br>Bond, Schoeneck & King PLLC<br>One Lincoln Center<br>Syracuse, NY  13202-1355<br>Counsel to AngioDynamics, Inc. | Joseph Zagraniczny<br>Bond, Schoeneck & King PLLC<br>One Lincoln Center<br>Syracuse, NY  13202-1355<br>Counsel to AngioDynamics, Inc. |
| Joseph H. Baldiga<br>Paul W. Carey<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA  01608 | Jared R. Clark<br>Bingham McCutchen LLP<br>399 Park Avenue<br>New York, NY  10022<br>Fax: (212) 702-3661 | Eugene Vincent<br>513 W. 159th Street<br>Gardena, CA  90248 |
| Amphenol Corporation<br>1925 A Ohio Street<br>Lisle, IL  605332 | Pelham Plastics<br>42 Dick Stacy Drive<br>P.O. Box 997<br>Pelham, NU  03076 | St. Jude Medical<br>Daig Division, Inc.<br>14901 De Veau place<br>Minnentoka, MN  55345 |

8

| | | |
|---|---|---|
| C-Technologies, Inc.<br>757 Route 202/206<br>Bridgewater, NJ  08807 | J-PAC LLC<br>25 Centre Road<br>Somersworth, NH  03878 | Arizona Department of Revenue<br>1600 W. Monroe<br>Phoenix, AZ  85007 |
| Colorado Department of Revenue<br>1375 Sherman St.<br>Denver, CO  80261 | Department of Revenue Services<br>Taxpayer Services Division<br>25 Sigourney Street<br>Hartford, CT  06106-5032 | Florida Department of Revenue<br>5050 West Tennessee St.<br>Tallahassee, FL  32399-0100 |
| Bankruptcy, BE MS A345<br>Franchise Tax Board<br>P.O. Box 2952<br>Sacramento, CA  95812-2952 | Indiana Department of Revenue<br>100 N. Senate Avenue<br>Indianapolis, IN  46204 | Kansas Department of Revenue<br>915 SW Harrison Street<br>Topeka, KS  66625-5000 |
| Comptroller of Maryland<br>301 W. Preston Street<br>Baltimore, MD  21201 | Illinois Department of Revenue<br>100 W. Randolph<br>Level 7-425<br>Chicago, IL 60601 | Minnesota Department of Revenue<br>600 North Robert St.<br>St. Paul, MN  55101 |
| Missouri Department of Revenue<br>P.O. Box 700<br>Jefferson City, MO  65105-0700 | State of New Jersey<br>New Jersey Division of Taxation<br>Information and Publications Br.<br>P.O. Box 281<br>Trenton, NJ  08695-0281 | Department of Taxation<br>Attn:  Office<br>Building 9,<br>W.A. Harriman Campus<br>Albany, NY  12227 |
| Ohio Department of Taxation<br>P.O. Box 530<br>Columbus, OH  43216-0530 | Oklahoma Tax Commission<br>P.O. Box 26850<br>Oklahoma City, OK  73126-0850 | Oregon Department of Revenue<br>955 Center St. NE<br>Salem, OR  97301 |
| PA Bureau of Business Trust Fund Taxes<br>P.O. Box 280905<br>Harrisburg, PA  17128-0905 | Texas Comptroller of Public Accounts<br>P.O. Box 13528, Capitol Station<br>Austin, TX  78711-3528 | Diomed, Limited<br>Beach Drive, Building 2000<br>Cambridge Research Park<br>Waterbeach Cambridge Cb25 9te<br>United Kingdom |
| Advanced Surgicare of Maryland<br>3450 Old Washington Rd.<br>Suite 202<br>Waldorf, MD  10602 | Advanced Vein Therapeutics<br>39000 Bob Hope Dr.<br>Keiwit 108<br>Rancho Mirage, CA  92270 | Affiliated Radiologists S.C.<br>Attn:  Accounts Payable<br>1725 W. Harrison, Suite 456<br>Chicago, IL  60612-3824 |
| Albert Lea Medical Center<br>Attn:  Accounts Payable<br>404 West Fountain St.<br>Alberta Lea, MN  56007 | Atlanta Vascular Specialists<br>315 Boulevard N.E.<br>Suite 412<br>Atlanta, GA  30312 | Brigham & Womans Hospital<br>Partners Healthcare System<br>P.O. Box 9127<br>Charlestown, MA  02129 |

9

Brigham & Womans Hospital
Partners Healthcare System
P.O. Box 9127
Charlestown, MA  02129-9127

California Vein Specialists
400 Westminster Ave.
Newport Beach, CA  92663

Cape Cod Surgical
40 Lewis Bay Road
Hyannis, MA  02601

Cardiovascular & Thoracic Surgery
950 North York Road
Suite 104
Hinsdale, IL  60521

Cardiovascular Specialists, LLC
25 Main Street
Hyannis, MA  02601

Carolina Vascular Surgery
1721 Ebenezer Road
Suite 115
Rock Hill, SC  29732

Larry Cohler, M D
3061  S. Maryland Parkway
Suite 202
Las Vegas, NV  89109

Columbia Surgical Associates
1605 East Broadway
Suite 110
Columbia, MO  65201

Columbia University
Department of Radiology
630 W. 168th Street
MC 28
New York, NY  10032

CTV Surgery, Inc.
Attn:  Accounts Payable
4200 Houma Blvd.
Metarie, LA  70006

Imaging Support Services
Westgate Medical Office Bldg.
1 Columbia St., 1sth Floor
Poughkeepsie, NY  12601

The Emory Clinic
Tec Accts. Payable
101 W. Ponce de Leon Ave.,
4th Fl.
Decator, GA  30030

Flagship CVTS
120 East 2nd Street, 4th Floor
Attn:  J. Honey
Erie, PA  16507

Edmund Geller, MD
1 SW 129 Avenue
Suite 200
Pembroke Pines, FL 33027

Georgetown University Hospital
Accounts Payable
P.O. Box 44500
Baltimore, MD  21236-6500

Great Falls Clinic, LLP
P.O. Box 5012
Great Falls, MT  59403

Houston Cardiac Surgery Assoc.
902 Frostwood
Suite 144
Houston, TX  77024

INOVA Mount Vernon Hospital
Attn:  Accounts Payable
3300 Gallows Road
Falls Church, VA  22042

Jasper Surgical Associates
721 W. 13th Street
Suite 220
Jasper, IN  47546

Jefferson Cardiology Assoc.
P.O. Box 18285
Attn:  Accounts Payable
Pittsburgh, PA  15236

William H. Julien, MD
So. Florida Vascular Assoc.
2825 No State Road 7
Suite 303
Margarte, FL  33063

James Knox, MD
The Cardiovascular Specialists
90 Ter Heun Drive, Suite 300
Falmouth, MA  02540

Louisiana Ctv. Institute, LLC
3311 Prescott Road
Suite 202
Alexandria, LA  71301

MD Anderson Cancer Center
Attn:  Accounts Payable Unit 199
P.O. Box 301401
Houston, TX  77230-1401

Medical Diagnostic Imagine
6150 W. Layton Avenue
Greenfield, WI  53220

Metropolitan Dermatologic
875 Johnson Ferry Ro ad
NE Suite 300
Atlanta, GA  30342

Mt. Rainier Surgical Assoc.
419 South L Street
Suite 101
Tacoma, WA  98405

Northeast Medical Center
Attn:  Accounts Payable
920 Church Street North
Concord, NC  28025

Ohio State University
Osumc A/P Dept.
P.O. Box 183104
660 Ackerman Road
Columbus, OH  43218-3104

Paragon Surgical Specialists, PC
Attn:  Steven Grubb
200 Medical Park Dr., Suite 400
Concord, NC  28025

Park Surgical Group
750 South West End Blvd.
Attn:  Accounts Payable
Quakertown, PA  18951

Park Plaza Radiology
G1071 N. Ballenger Highway
Suite 105
Flint, MI  48504

Pitt County Memorial Hospital
P.O. Box 6028
Fall River, MA  02724

Prima Care, P.C.
901 South Main Street
Suite 102
Greenville, NC  27835

Pure Wellness Pain Medicine
8035 Providence Road
Suite 340
Charlotte, NC  28277

Mercy Hospital Maine
Attn:  Accounts Payable
144 State Street
Portland, ME  04101

Radiology Associates, P.A.
500 S. University
Suite 101
Little Rock, AR  72205

Sacramento Radiology
c/o CHWMF
3400 Data Drive
Rancho Cordova, CA  95742

Sam M. Salama, MD
1515 116th Avenue NE
Suite 205
Bellevue, WA  98064

Sandia Health System
Lovelace Health System, Inc.
P.O. Box 27803
Albuquerque, NM  87125

The Sanger Clinic
P.O. Box 33651
Attn:  Accounts Payable
Charlotte, NC  28233-3651

Scottsdale Healthcare-Osborn
Attn:  Accounts Payable
P.O. Box 1270
Scottsdale, AZ  85252

Scripps Memorial Hospital
A/P CP333
P.O. Box 2469
LaJolla, CA  92038

Sigmacon Health Products
436 Limestone Crescent
North York, ON  M2J2S4
Canada

Solano Dermatology Assoc.
2290 Sacramento Street
Vallejo, CA  94590

Somerset Venous Center, PC
3290 West Big Beaver Rd.
Suite 410
Troy, MI  48084

Southwest Therapies
P.O. Box 7100
Albuquerque, NM  87194

St. Francis Hospital & Health Center
Attn:  Accounts Payable
12935 S. Gregory St.
Blue Island, IL  60406

St. Lukes Hospital
Accounts Payable
P.O. Box 5345
Bethlehem, PA  18015

Suburban Surgical Associates
555 North New Ballas Road
Suite 265
St. Louis, MO  63141

Axis Capital
308 North Locust Street
Attn:  Megan Pfefferle
Grand Island, NE  68801

Surgical Associates of Bozeman
925 Highland Blvd.
Suite 1200
Bozeman, MT  59415

Tchefuncte Cardiovascular
P.O. Box 1705
Mandeville, LA  70470-1705

Twin Cities Vein & Laser
5050 W. 36 Street
St. Louis Park, MN  55416

University of Washington
Medical Center
Attn:  A/P Mail Stop 359105
1959 NE Pacific St.
Seattle, WA  98195

University of Michigan Hospital
2500 Green Rd., Suite 100
UMHS Accounts Payable
Ann Arbor, MI  48105-1500

University of Iowa
Accounts Payable and Travel
202 PCO
Iowa City, IA  52242-2500

V.A. Medical Center – AZ
FMS VA FSC
P.O. Box 149971
Austin, TX  78714-9575

Vascular Surgery Assoc. of
N. Florida
2140 Kingsley Ave.
Suite 14
Orange Park, FL  32073

Vein Center of Georgia
5669 Peachtree Dunwoody Rd.
Suite 155
Atlanta, GA  30342

Vein & Aesthetic Ctr. Of Boston
333 Elm Street
Suite 205
Dedham, MA  02026

Vein  Institute of Utah
c/o Ferrone & Associates
5882 South 900 East
Suite 100
Salt Lake City, UT  84121

Virtua Health -  West Jersey
P.O. Box 388
Marlton, NJ  08053

Weill  Cornell Medical College
Attn:  A/P
100 Broadway
New York, NY  10005

Vein Specialists of the
Palm Beaches
11337 Okechobee Blvd.
Royal Palm Beach, FL  33411

John G. Yuan, MD
Attn:  Tina Liu
277 Northern Blvd. #308
Great Neck, NY  11021

Erin Jenkins
5 Salem Street
Lawrence, MA  01843

American International Surplus Lines
Ins. Co.
AIG Bankr. Collections
David Levin, Auth. Rep.
70 Pine St., 28th Fl.
New York, NY  10270

Chubb & Son, Inc.
c/o Soffer, Rech & Borg, LLP
48 Wall St., 26th Floor
New York NY 10005

Linda Monger
10 Longridge Road
Acton, MA  01720

Argo Partners
12 West 37th St., 9th Fl
New York, NY  10018

Rhynes Income Tax Service
1522 W. Manchester Ave.
Los Angeles, CA  90047

Riverside Claims LLC
PO Box 626
Planetarium Station
New York, NY  10024

Alan Dershowitz
26 Reservoir St.
Cambridge, MA  02138

Alex Vahabzadeh
Attn: Tim O'Shea
1650 Tysons Blvd, Suite 950
McLean, VA  22102

American Express Travel Related Services
Inc.
c/o Phillips and Cohen Associates, LTD
258 Chapman Rd, Ste 205
Newark DE  19702

American Express Travel Related Svcs
Co.
c/o Becket and Lee LLP
POB 3001
Malvern PA  19355-0701

Ammar Mikho
3342 Turnberry Ln
Ann Arbor, MI  48108

Angela Marie Kontas
3515 Perry St.
Denver, CO  80212

Bay State Gas - MA
PO Box 2025
Springfield, MA  01102

Bay State Gas Co.
A Nisource Co.
2025 Roosevelt Ave.
Springfield, MA  01102

C.H. Powell Co.
440 McClellan Highway
East Boston, MA  02128

C.W. Squire
11A Chaucer Rd.
Cambridge CB2 7EB
England

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA  92108

Deirdre Maher and Louis Bewersdorf
918 Eolus Avenue
Encinitas, CA  92024

Diane R.M. Lipsack
703 E. 6th St.
Hastings, NE  68901

Elon Dershowitz
125 Palisades Ave #201
Santa Monica, CA  90402

Hyde Park International Holdings, LTD
Attn: Tim O'Shea Esq.
1650 Tysons Blvd, Suite 950
McLean VA  22102

John and Margie Wiggam
12920 Orange Ave.
Fort Pierce, FL  34945

John Michael Leary, MO
California Vein Specialist
400 Wesminster Avenue
Newport Beach, CA  92663

John R. Callahann
8700 E. Pinnacle Peak #225
Scotsdale, AZ  85255

Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA  17128

R. Samuel Michels
Pamela M. Michels
1070 N.E. 92St
Miami Shores, FL  33138

Sarah Investments, LTD
Attn: Tim O'Shea Esq.
1650 Tysons Blvd, Suite 950
Mclean VA  22102

Staples Inc.
300 Arbor Lake Dr.
Columbia, SC  29223

Steven Tidwell, M.D.
Medicus Veincare
600 Heritage Dr.
Ste. 105
Jupiter, FL  33458

CIT Technology Financing Services, Inc.
Bankruptcy Processing Solutions, Inc.
800 E Sonterra Blvd., Suite 240
San Antonio, TX  78258

Diomed Limited
In Administration
c/o Ensors
Cardinal House
46 St. Nicholas St.
Ipswich, England IP1 1TT

Dr. Salomon Cohen
Clinica Lomas Altas
Paseo de la Reforma
2608-Peso 9
Mexico City, Mexico

Erin Hayes
4745 Moorpar Avenue
Apt #14
Moorpark, VA  93021

Georgia Department of Revenue
Compliance Division
Bankruptcy Section
PO Box 161108
Atlanta, GA  30321

Holly Holmberg
24 Lowell Ave
Watertown, MA  02472

Jeff Hirsch
39 Forest Dr.
Mansfield, TX 76063

Karen M. Judd
10514 Northstar Way, SW
Lakewood, WA  98498

Keetha Diaz
7415 Eads Avenue
Lajolla, CA  92037

Kurt Rossner
22 Woodlake Rd. Apt. 5
Albany, NY  12203

Lawrence Marchman Jr.
6006 Corinthian Park
Spring, TX  77379

Neal Smith
1220 w. Wellington Avenue
Chicago, IL  60657

Case 08-40749    Doc 528    Filed 12/24/08    Entered 12/24/08 11:07:10    Desc Main
Document      Page 17 of 17

New York State Department of
Taxation and Finance
Bankruptcy Section
PO Box 5300
Albany, NY  12205

Norris Gressem
14251 Hampshire Hall Ct.
Uppermarlboro, MD  20772

Ohio Department Of Taxation
Bankruptcy Division
P.O. Box 530
Columbus, OH  43216

Rebekah A. Burrow
3043 Bridlewood Ln
Irving, TX  75060

Society of Interventional Radiology
3975 Fair Ridge Drive, Suite 400 N.
Fairfax, VA  22033

Steven E. Zimmett, M.C.
c/o Patricia B. Tomasco
Brown McCarroll, L.L.P.
111 Congress Avenue, Suite 1400
Austin, TX  78701

Tasha Christian
14319 Sapphire Bay Circle
Orlando, FL  32828

Thomson Financial LLC
195 Broadway
New York, NY  10007

Trey Steele
1491 Ferrell Rd
Monroeville, NJ  08343

Vincent E. Rhynes
513 W. 159th Street
Gardena, CA  90248

Gordon A. Stamper
179 Richmond Road
Richmond Heights, OH  44143

Vincent E. Rhynes
1514 W. Manchester Ave. #5
Los Angeles, CA  90047

Argenis Capital Advisors, LLC
767 Third Avenue, 17th Floor
New York, NY  10017

Samuel Belzberg
1177 West Hastings Street, Suite 2000
Vancouver, British Columbia V6E2K8

GRT Capital Partners, L.L.C.
50 Milk Street, 21st Floor
Boston, MA  02109

Kim Campbell
c/o Club Madrid
1135 Tremont Street, Suite 920
Boston, MA  02120

Diolaster Mexico SA DE CV
Calle 18 Diagonal #101 Interior
A Por 16 Y 16A Fraccionamiento
Montecristo
Merida Yucatan
C.P. 97133 Mexico

14

GSDOCS\1883630